UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIKARA, LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL TITLE<br>INSURANCE COMPANY,<br><br>                  Defendant. | CIVIL ACTION NO.  3:16-cv-10021 |

**STIPULATION OF DISMISSAL**

The parties to the above-captioned action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that the action, inclusive of all claims and counterclaims, be dismissed with prejudice.  The parties further agree to waive all rights to appeal, and agree to bear their own costs.

| | |
|---|---|
| Counsel for the Plaintiff,<br>MIKARA, LLC<br>By its Attorneys, | Counsel for the Defendant,<br>FIDELITY NATIONAL TITLE<br>INSURANCE COMPANY<br>By its Attorneys, |
| */s/ Jeffrey K. O'Connor*<br>John G. Bagley, Esq. (BBO #026050)<br>Jeffrey K. O'Connor, Esq. (BBO #669414)<br>Tower Square<br>1500 Main Street, Suite 2400<br>Post Office Box 15387<br>Springfield, MA 01115-5387<br>T: (413) 737-4373<br>joconnor@morrisonmahoney.com | */s/ Douglas L. Whitaker*<br>Douglas L. Whitaker, Esq. (BBO# 624949)<br>John F. Willis, Esq. (BBO# 649284)<br>Mary L. Cataudella, Esq. (BBO# 553350)<br>FIDELITY NATIONAL LAW GROUP<br>265 Franklin Street, Suite 1605<br>Boston, MA 02110<br>T: (617) 316-0143<br>Douglas. Whitaker@fnf.com |

Dated:  April 6, 2017

## **CERTIFICATE OF SERVICE**

I, Jeffrey K. O'Connor, do hereby certify that a true copy of the above document was filed through the Court's ECF system on April 6, 2017 and will be sent by electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by electronic mail.

/s/ *Jeffrey K. O'Connor*
Jeffrey K. O'Connor